UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                 No. C-15-3209 EMC (pr)

RONALD STEVEN WATSON,

              Plaintiff.                               **ORDER OF DISMISSAL**

_____/

        This action was opened on July 10, 2015, when the Court received from Ronald Steven Watson a letter concerning his criminal case. On that date, the Court notified Mr. Watson in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Watson did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

        IT IS SO ORDERED.

Dated: September 3, 2015

                                                                                  _____
                                                                                  EDWARD M. CHEN
                                                                                  United States District Judge